IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                            5:99-CR-003-SPM

**RUBY JOHNSON,**

    Defendant.

_____/

**ORDER DENYING MOTION TO REDUCE TERM OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court upon the "Motion to Reduce Term of Probation" (doc. 87) filed June 2, 2006 and the response from the Government (doc. 89) filed July 5, 2006. Defendant requests that her 10-year term of supervised release be reduced commensurate with the 120-month reduction in her sentence she received pursuant to Florida Rule of Criminal Procedure 35 (doc. 86).

Under 18 U.S.C. § 3583(e), a defendant may request that the Court modify his or her supervised release "at any time after the expiration of one year of supervised release . . . ." As Defendant is still serving the incarcerative portion

of her sentence, she is not entitled to relief.  Accordingly, it is

**ORDERED AND ADJUDGED** that the motion is hereby *denied*.

**DONE AND ORDERED** this tenth day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge